UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    ROBERT L. SILVERMAN
    JOAN B. SILVERMAN

CASE NO.:3:19-bk-03255-JAF

    Debtor(s).
=================================================

## MOTION TO AVOID JUDICIAL LIEN

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date of set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, your must file a response with the Clerk of the Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, Florida 32211, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    In accordance with 11 U.S.C., Section 522(f)(1), the Debtors move this Court for entry of an Order avoiding any claimed <u>Judicial Lien</u> of Aaron R. Cohen, Chapter 7 Trustee (Acct No.: 10718) for the homestead real property of the Debtors as more particularly described:

    Lot 10, Block E of BELLEVIEW'S SUNNY SKIES SUBDIVISION, according to the plat thereof as recorded in Plat Book F, Pages(s) 144, of the Public Records of Marion County, Florida; a/k/a

    7000 SE 123rd Place, Belleview, Florida 34420.

    At the time of the recording of the <u>Trustee's Notice of Interest in Property,</u> and at the time of the filing of the Petition herein, and at all other times, the Debtors resided on certain real property located in Marion County, Florida.

    The Debtors claimed the attached real property as exempt in the Schedule of real property filed on behalf of the Debtors in this case. No objection was made to said exemption.

    The <u>Trustee's Notice of Interest in Property</u> of Aaron R. Cohen, Chapter 7 Trustee as recorded on

August 20, 2019 (2019087662) in O.R, Book 7026, Pages 826-829 and all other recordings in the official records of Marion County, Florida impairs the homestead exemption to which the Debtors would have been entitled to under 11 U.S.C., Section 522(b).

The foregoing real property is exempt in accordance with the provisions of Article X, Section IV, of the Florida Constitution.

## PROOF OF SERVICE

Before me came BRYAN K. MICKLER, being duly sworn deposes and says that a copy of the foregoing <u>Motion to Avoid Judicial Lien</u>, together with the <u>Debtors' Affidavit</u> was mailed by U.S. Mail, postage prepaid to:

>Aaron R. Cohen, Chapter 7 Trustee
>c/o Jacob A. Brown, Esquire
>Attorney of Record
>50 N. Laura Street, Suite 3100
>Jacksonville, Florida 32202

which is the place he regularly conducts his business; and by CM/ECF electronic filing to:

>Douglas W. Neway, Chapter 13 Trustee

which is the place he regularly conducts his business.

this 30 day of September, 2019.

Sworn to and subscribed before me
this 30 day of September, 2019.

_/s/ Barbara J. Tripp_
Notary Public, State of Florida
   at Large
My Commission Expires:

BARBARA J. TRIPP
Commission # GG 001988
Expires July 10, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Law Offices of Mickler & Mickler

By:_____
   BRYAN K. MICKLER
Attorney for Debtors
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 091790

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    ROBERT L. SILVERMAN
    JOAN B. SILVERMAN

CASE NO.:3:19-bk-03255-JAF

    Debtor(s).

=====================================

**DEBTORS' AFFIDAVIT IN SUPPORT OF DEBTORS' MOTION
TO AVOID JUDICIAL LIEN**

STATE OF FLORIDA
COUNTY OF DUVAL

Before me came, ROBERT L. SILVERMAN and JOAN B. SILVERMAN, who being duly sworn deposes and states:

1. This Affidavit is submitted in support of the Debtors' Motion to Avoid Judicial Lien.

2. Your Affiant are the Debtors in the above-captioned case.

3. The Debtors make this Affidavit in support of their contemporaneously filed Motion to Avoid Judicial Lien.

4. The Debtors are proceeding under 11 U.S.C., Section 522(f)(1).

5. The property involved is real property as more particularly described as:

Lot 10, Block E of BELLEVIEW'S SUNNY SKIES SUBDIVISION, according to the plat thereof as recorded in Plat Book F, Pages(s) 144, of the Public Records of Marion County, Florida; a/k/a

7000 SE 123rd Place, Belleview, Florida 34420.

6. The Debtors seek to avoid a Judicial Lien of Aaron R. Cohen, Chapter 7 Trustee (Acct No.: 10718) as recorded on August 20, 2019 (2019087662) in O.R, Book 7026, Pages 826-829 and all other recordings in the official records of Marion County, Florida.

7. The property is of the type contemplated by Subsection (1).

8. The property was claimed as exempt on Debtors' Schedule C.

9. The real property is described in the listing on the Debtors' Schedule of real property.

10. The amount of the value claimed as exempt is $171,485.00.

11. The fair market value of the property claimed as exempt is $171,485.00.

12. The amount of the debt claimed by the creditor is **$Unknown**, together with the accrued interest and Court costs.

13. The property has been declared exempt by the Debtors.

14. The property is claimed as exempt under the Florida Constitution, Article X, Section IV, and Florida Statue 222.01.

X _____
ROBERT L. SILVERMAN

X _____
JOAN B. SILVERMAN

Sworn to and subscribed before me
this 30th day of September, 2019.

_____
Notary Public, State of Florida
at Large
My Commission Expires:

BARBARA J. TRIPP
Commission # GG 001988
Expires July 10, 2020
Bonded Thru Troy Fain Insurance 800-385-7019