ORDERED.

Dated: December 06, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

ROBERT LEE SILVERMAN and            Case No.: 3:19-bk-03255-JAF
JOAN BABETTE SILVERMAN,

                              Chapter 13

      Debtors.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS CASE came before the Court upon the Motion (the "Motion")[1] (Doc. 36) of Aaron R. Cohen, Chapter 7 Trustee, for entry of an Order approving the terms of the Settlement Agreement by and among the Chapter 7 Trustee, the Debtors, Joan B. Silverman and Robert Silverman. Based upon the Motion and the statements on the record at the hearing on December 4, 2019, it is

**ORDERED**:

    1.    The Motion is GRANTED.

    2.    The Settlement Agreement is approved and is fully enforceable in all respects.

---

[1] Defined terms from the Motion are incorporated by reference herein.

50565127;1

3. The Silvermans shall execute and deliver the Note and Mortgage to the Chapter 7 Trustee within five (5) business days of the entry of this Order.

4. The Note and Mortgage may be sold and assigned by the Chapter 7 Trustee.

5. Upon the Chapter 7 Trustee's receipt of the original, executed Note and Mortgage from the Silvermans, the Chapter 7 Trustee shall record a release of the Notice of Interest in the Public Records of Marion County, Florida.

6. Within twenty-one (21) days after entry of an order approving this Settlement Agreement, the Chapter 7 Trustee shall withdraw his Motion from Relief from Automatic Stay (Doc. 18) and the Debtors shall withdraw their Motion to Avoid Judicial Lien (Doc. 21) in the Chapter 13 Bankruptcy Case.

7. The Settlement Payment shall be property of the Chapter 7 bankruptcy estate, free and clear of all liens, claims, and encumbrances, and the Chapter 7 Trustee shall distribute the Settlement Payment in accordance with the provisions of Section 726 of the Bankruptcy Code.

8. Thirty (30) days after entry of this Order, this Chapter 13 case shall be converted to a Chapter 7 case and the Clerk of Court shall prepare and serve the appropriate notices to creditors and the Debtors of such conversion.

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.